**Motion Granted in Part; Order filed May 16, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-01003-CV
_____

**MATT TAHMASEBI, Appellant**

**V.**

**ELISA TAHMASEBI, Appellee**

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-222811**

## ORDER

Appellant's brief was originally due January 16, 2019. We granted more than 90 days' extension of time to file appellant's brief until May 17, 2019. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On May 14, 2019, appellant filed a further request for extension of time to file appellant's brief. We grant the request in part and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **June 17, 2019**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM